JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCO RUIZ,<br>Plaintiff,<br>v.<br>LUTHRA WINGS, INC., et al.,<br>Defendants. | Case No. CV 26-2485-GW-MAAx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation [30] between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: November 17, 2026

George H. Wu

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE